UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TONY PHILLIP ROGERS,

    Petitioner,

v.                                       Case No. 17-C-446

PAUL KEMPER,

    Respondent.

## ORDER DENYING MOTION FOR INJUNCTION

On August 2, 2017, the Court entered a decision and order and judgment denying Petitioner's application for a writ of habeas corpus and dismissing the action. Petitioner has now filed a motion for an injunction to enjoin the warden from withdrawing funds from his inmate account to pay for legal materials. The motion has no bearing on this case, which has already been terminated in any event. Accordingly, the motion is denied.

**SO ORDERED** this  18th  day of August, 2017.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court